IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY L. HAWKINS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2506

Opinion filed July 6, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Jeffrey L. Hawkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied as premature.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.